1  PAUL L. REIN, Esq., (SBN 43053)
   JULIE A. OSTIL, Esq., (SBN 215202)
2  LAW OFFICES OF PAUL L. REIN
   200 Lakeside Drive, Suite A
3  Oakland, CA 94612
   Telephone: 510/832-5001
4  Facsimile:  510/832-4787

5  Attorneys for Plaintiff
   Connie Arnold

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD, | CASE NO. |
| Plaintiff, | <u>Civil Rights</u> |
| v. | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| WESTIN HOTEL COMPANY; WESTIN BAY HOTEL COMPANY; and DOES 1-25, Inclusive, | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 25, 2007

PAUL L. REIN
JULIE A. OSTIL
LAW OFFICES OF PAUL L. REIN

*Julie Ostil*
Attorneys for Plaintiff:
CONNIE ARNOLD

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

S:\SLR\WESTIN HOTEL\PLEADINGS\CERT INT PARTIES.PL.wpd