1  Jesse E.M. Randolph, California Bar No. 221060
   **BRYAN CAVE LLP**
2  1900 Main Street, Suite 700
   Irvine, California  92614-7328
3  Telephone:  (949) 223-7000
   Facsimile:   (949) 223-7100
4  jesse.randolph@bryancave.com

5  Attorneys for Defendant
   WESTIN BAY HOTEL REALTY LLC

6

7                    **UNITED STATES DISTRICT COURT**

8                   **NORTHERN DISTRICT OF CALIFORNIA**

9  CONNIE ARNOLD,                      | Case No. C07-03279 JCS

10              Plaintiff,             | **NOTICE OF CHANGE OF**
                                       | **ATTORNEY INFORMATION**
11            vs.

12  WESTIN HOTEL COMPANY; WESTIN
    BAY HOTEL COMPANY and DOES
13  1-25, Inclusive,

14              Defendants.

15  TO THE CLERK OF THE COURT:

16       PLEASE TAKE NOTICE that the updated attorney information for Jesse

17  E.M. Randolph, California Bar No. 22160, counsel of record in the above-entitled

18  action for defendant Westin Bay Hotel Realty LLC, is as follows:

19       New Firm:        Bryan Cave LLP

20       New Address:     1900 Main Street, Suite 700, Irvine, CA  92614-7328

21       New Telephone:   (949) 223-7131

22       New Fax:         (949) 223-7100

23       New Email:       jesse.randolph@bryancave.com

24
    Dated:  July 23, 2007              **BRYAN CAVE LLP**
25

26                                     By:  /s/ Jesse E.M. Randolph
27                                          Jesse E.M. Randolph
                                       Attorneys for Defendant
28                                     WESTIN BAY HOTEL REALTY LLC

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614-7328