1  **LAW OFFICES OF PAUL L. REIN**
   Paul L. Rein, California Bar No. 43053
2  Julie A. Ostil, California Bar No. 215202
   200 Lakeside Drive, Suite A
3  Oakland, California  94612
   Telephone:   (510) 832-5001
4  Facsimile:    (510) 823-4787

5  Attorneys for Plaintiff
   CONNIE ARNOLD
6

7  **BRYAN CAVE LLP**
   Jesse E.M. Randolph, California Bar No. 221060
8  1900 Main Street, Suite 700
   Irvine, California 92614-7328
9  Telephone:   (949) 223-7000
   Facsimile:    (949) 223-7100
10

   Attorneys For Defendant
11 WESTIN BAY HOTEL REALTY LLC

12
                     **UNITED STATES DISTRICT COURT**
13
                     **NORTHERN DISTRICT OF CALIFORNIA**
14

15

16 | CONNIE ARNOLD, | Case No. C07-03279 JCS |
   |---|---|
17 | Plaintiff, | |
18 | v. | |
19 | WESTIN HOTEL COMPANY; WESTIN BAY HOTEL COMPANY; and DOES 1-25, Inclusive, | **STIPULATION REGARDING EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT** |
20 | | |
21 | Defendants. | **[L.R. 6-1(a)]** |
22

23 ///
24 ///
25 ///
26 ///
27 ///
28

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614-7328

This Stipulation between Plaintiff Connie Arnold ("Plaintiff"), on the one hand, and Westin Bay Hotel Realty LLC ("Defendant") (incorrectly sued herein as Westin Hotel Company and Westin Bay Hotel Company), on the other hand, is based on the following:

1. This action was filed on June 22, 2007. The Complaint was served upon Defendant on July 2, 2007.

2. Pursuant to Rules 6(a) and 12 of the Federal Rules of Civil Procedure, Defendant's response to the Complaint was originally due to be filed and served on or before July 23, 2007. No prior extension of time has been sought by or granted to Defendant.

3. The parties, through their respective counsel of record, hereby stipulate and agree, pursuant to Local Rule 6-1(a), that Defendant has an additional fourteen (14) days, through and including August 6, 2007, to answer or otherwise respond to the Complaint.

4. Counsel for the parties hereby attest that each has on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") submitted with this electronically filed document.

Dated: July 20, 2007

LAW OFFICES OF PAUL L. REIN
Paul L. Rein
Julie A. Ostil

By: /s/ Paul L. Rein
    Paul L. Rein
Attorneys for Plaintiff Connie Arnold

Dated: July 20, 2007

BRYAN CAVE LLP
Jesse E.M. Randolph

By: /s/ Jesse E.M. Randolph
    Jesse E.M. Randolph
Attorneys for Defendant Westin Bay Hotel Realty LLC

Dated: July 23, 2007

*IT IS SO ORDERED*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION REGARDING EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT