| Attorney or Party without Attorney: <br> PAUL L. REIN ESQ, Bar #43053 <br> LAW OFFICES OF PAUL L. REIN <br> 200 LAKESIDE DRIVE, STE A <br> Oakland, CA 94612 <br> Telephone No: 510-832-5001    FAX No: 510-832-4787 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff    Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States County Northern Court District Court Branch | |
| Plaintiff: ARNOLD <br> Defendant: WESTIN HOTEL COMPANY | |

| PROOF OF SERVICE <br> SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C0703279 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint; Civil Cover Sheet; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Blank Consent To Proceed Before A United States Magistrate Judge, Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Certification Of Interested Entities Or Persons; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii; Standing Order; Notice Of Rule Discontinuing Service By Mail; Standing Order For All Judges Of The Northern District Of California-Contents Of Joint Case Management Statement; Guidelines; Ecf Registration Information Handout; Standing Order, Standing Order For All Judges Of The Northern District Of California-Contents Of Joint Case Management Statement, Case Management Conference Order

3. a. Party served:        WESTIN BAY HOTEL COMPANY
   b. Person served:       MARGARET WILSON, AUTHORIZED TO ACCEPT

4. Address where the party was served:   C.T. CORPORATION
                                         818 WEST SEVENTH STREET
                                         LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jul. 02, 2007 (2) at: 2:15PM

7. *Person Who Served Papers:*          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. BRUCE ANDERSON                 d. *The Fee for Service was:*   $65.00



1280 BOULEVARD WAY #205
WALNUT CREEK, CA 94595
(925) 947-3470
FAX (925) 947-3480
WWW.ONEHOUR.NET

   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:    3991
      (iii) County:              Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Tue, Jul. 03, 2007

Judicial Council Form                    PROOF OF SERVICE                    (BRUCE ANDERSON)       reinpr.7249
Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL CASE