```
 1  LAW OFFICES OF PAUL L. REIN
    Paul L. Rein, California Bar No. 43053
 2  Julie A. Ostil, California Bar No. 215202
    200 Lakeside Drive, Suite A
 3  Oakland, California  94612
    Telephone:   (510) 832-5001
 4  Facsimile:   (510) 823-4787

 5  Attorneys for Plaintiff
    CONNIE ARNOLD
 6

 7  BRYAN CAVE LLP
    Jesse E.M. Randolph, California Bar No. 221060
 8  1900 Main Street, Suite 700
    Irvine, California 92614-7328
 9  Telephone:   (949) 223-7000
    Facsimile:   (949) 223-7100
10
    Attorneys For Defendant
11  WESTIN BAY HOTEL REALTY LLC

12
                UNITED STATES DISTRICT COURT
13
                NORTHERN DISTRICT OF CALIFORNIA
14

15

16  CONNIE ARNOLD,                    Case No. C07-03279 JCS

17              Plaintiff,

18       v.

19  WESTIN HOTEL COMPANY; WESTIN      STIPULATION REGARDING
    BAY HOTEL COMPANY; and DOES 1-    ADDITIONAL EXTENSION OF TIME
20  25, Inclusive,                    TO FILE RESPONSE TO COMPLAINT

21              Defendants.           [L.R. 6-1]

22

23  ///

24  ///

25  ///

26  ///

27  ///

28
    348833
```

1  This Stipulation between Plaintiff Connie Arnold ("Plaintiff"), on the one hand, and
2  Westin Bay Hotel Realty LLC ("Defendant") (incorrectly sued herein as Westin Hotel
3  Company and Westin Bay Hotel Company), on the other hand, is based on the following:

4  1.  This action was filed on June 22, 2007. The Complaint was served upon
5  Defendant on July 2, 2007.

6  2.  Pursuant to Rules 6(a) and 12 of the Federal Rules of Civil Procedure,
7  Defendant's response to the Complaint was originally due to be filed and served on or
8  before July 23, 2007. On Friday, July 20, 2007, the parties stipulated to, and this Court
9  approved, an initial fourteen (14) day extension of time (i.e., through and including August
10 6, 2007) for Defendant to answer or otherwise respond to Plaintiff's Complaint.

11 3.  Since stipulating to this initial extension, Plaintiff and Defendant have
12 engaged in discussions regarding the possibility of a dismissal of and/or substitution for
13 the two currently-named defendants, Westin Hotel Company and Westin Bay Hotel
14 Company. The parties agree that additional time is needed to work through these issues.

15 4.  The parties, through their respective counsel of record, hereby stipulate and
16 agree, pursuant to Local Rule 6-1, that Defendant has an additional fourteen (14) days,
17 through and including August 20, 2007, to answer or otherwise respond to the Complaint.

18 Dated: August 2, 2007    LAW OFFICES OF PAUL L. REIN

20 By:  /s/ Paul L. Rein
       Paul L. Rein
21     Attorneys for Plaintiff Connie Arnold

22 Dated: August 2, 2007    BRYAN CAVE LLP

24 By:  /s/ Jesse E.M. Randolph
       Jesse E.M. Randolph
25     Attorneys for Defendant Westin Bay Hotel
       Realty LLC

348833

2

STIPULATION REGARDING ADDITIONAL
EXTENSION OF TIME TO FILE
RESPONSE TO COMPLAINT

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614-7328