**LAW OFFICES OF PAUL L. REIN**
Paul L. Rein, California Bar No. 43053
Julie A. Ostil, California Bar No. 215202
200 Lakeside Drive, Suite A
Oakland, California  94612
Telephone:    (510) 832-5001
Facsimile:    (510) 823-4787

Attorneys for Plaintiff
CONNIE ARNOLD

**BRYAN CAVE LLP**
Jesse E.M. Randolph, California Bar No. 221060
1900 Main Street, Suite 700
Irvine, California 92614-7328
Telephone:    (949) 223-7000
Facsimile:    (949) 223-7100

Attorneys For Defendant
WESTIN BAY HOTEL REALTY LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| CONNIE ARNOLD, | Case No. C07-03279 JCS |
|---|---|
| Plaintiff, | |
| v. | |
| WESTIN HOTEL COMPANY; WESTIN BAY HOTEL COMPANY; and  DOES 1-25, Inclusive, | **STIPULATION REGARDING ADDITIONAL EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT** |
| Defendants. | **[L.R. 6-1]** |

///

///

///

///

///

348833

STIPULATION REGARDING ADDITIONAL
EXTENSION OF TIME TO FILE
RESPONSE TO COMPLAINT

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614-7328

1    This Stipulation between Plaintiff Connie Arnold ("Plaintiff"), on the one hand, and

2  Westin Bay Hotel Realty LLC ("Defendant") (incorrectly sued herein as Westin Hotel

3  Company and Westin Bay Hotel Company), on the other hand, is based on the following:

4    1.    This action was filed on June 22, 2007.  The Complaint was served upon

5  Defendant on July 2, 2007.

6    2.    Pursuant to Rules 6(a) and 12 of the Federal Rules of Civil Procedure,

7  Defendant's response to the Complaint was originally due to be filed and served on or

8  before July 23, 2007.  On Friday, July 20, 2007, the parties stipulated to, and this Court

9  approved, an initial fourteen (14) day extension of time (i.e., through and including August

10  6, 2007) for Defendant to answer or otherwise respond to Plaintiff's Complaint.

11    3.    Since stipulating to this initial extension, Plaintiff and Defendant have

12  engaged in discussions regarding the possibility of a dismissal of and/or substitution for

13  the two currently-named defendants, Westin Hotel Company and Westin Bay Hotel

14  Company.  The parties agree that additional time is needed to work through these issues.

15    4.    The parties, through their respective counsel of record, hereby stipulate and

16  agree, pursuant to Local Rule 6-1, that Defendant has an additional fourteen (14) days,

17  through and including August 20, 2007, to answer or otherwise respond to the Complaint.

18  Dated: August 2, 2007                    LAW OFFICES OF PAUL L. REIN

19

20                                          By:  _____/s/ Paul L. Rein_____

21                                               Paul L. Rein
                                                 Attorneys for Plaintiff Connie Arnold

22  Dated: August 2, 2007                    BRYAN CAVE LLP

23

24  Dated: 8/3/7                             By:  _____/s/ Jesse E.M. Randolph_____

25                                               Jesse E.M. Randolph
                                                 Attorneys for Defendant Westin Bay Hotel
26                                               Realty LLC

27

28  348833

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Joseph C. Spero

2

STIPULATION REGARDING ADDITIONAL
EXTENSION OF TIME TO FILE
RESPONSE TO COMPLAINT