UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONNIE ARNOLD,

    Plaintiff(s),

    v.

WESTIN HOTEL COMPANY, ET AL.,

    Defendant(s).
    _____/

No. C 07-03279 JCS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: August 6, 2007

/s/ Jesse E.M. Randolph
Signature

Counsel for WESTIN BAY HOTEL REALTY LLC
(Name or party or indicate "pro se")

2