**BRYAN CAVE LLP**
Stacey L. Herter, California Bar No. 185366
Jesse E.M. Randolph, California Bar No. 221060
1900 Main Street, Suite 700
Irvine, California 92614-7328
Telephone:   (949) 223-7000
Facsimile:   (949) 223-7100
stacey.herter@bryancave.com
jesse.randolph@bryancave.com

Attorneys For Defendant
WESTIN BAY HOTEL REALTY LLC, erroneously sued as
Westin Hotel Company and Westin Bay Hotel Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD,<br><br>             Plaintiff,<br><br>     v.<br><br>WESTIN HOTEL COMPANY; WESTIN BAY HOTEL COMPANY; and DOES 1-25, Inclusive,<br><br>             Defendants. | Case No. C07-03279 JCS<br><br>**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**Civil L.R. 3-16** |

///
///
///
///
///
///
///
///
///

348833

DEFENDANT'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS
Case No. C07-03279 JCS

1  TO ALL PARTIES AND TO AND THEIR ATTORNEYS OF RECORD:

2  Pursuant to Civil L.R. 3-16, the undersigned counsel certifies that the following

3  listed persons, associations of persons, firms, partnerships, corporations (including parent

4  corporations) or other entities either: (i) have a financial interest in the subject matter in

5  controversy or in a party to the proceeding; or (ii) have a non-financial interest in that

6  subject matter or in a party that could be substantially affected by the outcome of this

7  proceeding:

8  Starwood Hotels & Resorts Worldwide, Inc.

9  Westin Bay Hotel Realty LLC

10  Westin Hotel Company

11  Westin Bay Hotel Company

12  These representations are made to enable to the Court to evaluate possible

13  disqualification or recusal.

15  Dated: August 20, 2007          **BRYAN CAVE LLP**
                                    STACEY L. HERTER
16                                  JESSE E.M. RANDOLPH

18                                  By: ___/s/ Stacey L. Herter___
                                    Attorneys for Defendant WESTIN BAY
19                                  HOTEL REALTY LLC, erroneously sued as
                                    Westin Hotel Company and Westin Bay Hotel
20                                  Company

348833

2

DEFENDANT'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS
Case No. C07-03279 JCS

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614-7328