```
1   PAUL L. REIN, Esq. (SBN 43053)
    JULIE A. OSTIL, Esq. (SBN 215202)
2   LAW OFFICES OF PAUL L. REIN
    200 Lakeside Dr., Suite A
3   Oakland, CA 94612
    (510) 832-5001
4
    Attorneys for Plaintiff:
5   CONNIE ARNOLD
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD, | CASE NO. C07-3279 JCS |
| Plaintiff, | Civil Rights |
| v. | STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS WESTIN HOTEL COMPANY AND WESTIN BAY HOTEL COMPANY ONLY; STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT; PROPOSED ORDER THEREON |
| WESTIN HOTEL COMPANY; WESTIN BAY HOTEL COMPANY; and DOES 1-25, Inclusive, | |
| Defendants. | |

Plaintiff CONNIE ARNOLD filed her Complaint on June 22, 2007, naming as defendants WESTIN HOTEL COMPANY, WESTIN BAY HOTEL COMPANY; and DOES 1 through 25, Inclusive, based on information obtained from public records and Westlaw databases. Defendant WESTIN BAY HOTEL REALTY LLC filed an answer to the complaint, claiming it was a proper defendant and that the two named defendants had been erroneously named in the suit.

Through communication with counsel for WESTIN BAY HOTEL REALTY LLC, plaintiff found that WESTIN BAY HOTEL REALTY LLC is the current owner of the subject property, and that STARWOOD HOTELS & RESORTS WORLDWIDE, INC. is the current operator of the premises, and was operator at the time of plaintiff's incident(s) in 2005. The owner of the hotel at the time of the incident(s) in 2005 was WESTIN BAY HOTEL COMPANY, but to the best of the knowledge and belief of WESTIN BAY HOTEL REALTY

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

C062189

— 1 —

1  LLC and STARWOOD HOTELS & RESORTS WORLDWIDE, INC., the entity WESTIN
2  BAY HOTEL COMPANY, and the other named entity, WESTIN HOTEL COMPANY, do not
3  exist as of the present time.
4      Therefore, plaintiff needs to amend her complaint to name WESTIN BAY
5  HOTEL REALTY LLC; STARWOOD HOTELS & RESORTS WORLDWIDE, INC; and
6  DOES 1-25, Inclusive, as defendants. Further, plaintiff needs to dismiss the incorrectly named
7  entities WESTIN HOTEL COMPANY and WESTIN BAY HOTEL COMPANY.
8      Plaintiff has prepared a First Amended Complaint naming WESTIN BAY
9  HOTEL REALTY LLC; STARWOOD HOTELS & RESORTS WORLDWIDE, INC; and
10  DOES 1-25, Inclusive, as defendants.
11      Therefore, IT IS HEREBY STIPULATED by and between the parties that
12  Plaintiff may file a First Amended Complaint, a copy of which is attached hereto. Further,
13  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff CONNIE ARNOLD
14  and defendants WESTIN BAY HOTEL REALTY LLC and STARWOOD HOTELS &
15  RESORTS WORLDWIDE, INC. hereby stipulate to the dismissal, without prejudice, of
16  plaintiff's claims against named defendants WESTIN HOTEL COMPANY and WESTIN BAY
17  HOTEL COMPANY only.

Dated: September __, 2007

                                              Plaintiff CONNIE ARNOLD

Dated: September 28, 2007               **Starwood Hotels & Resorts Worldwide, Inc.**

                                              By: _/s/_____
                                            Peter Morrow, Senior Vice President

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

C062189

— 2 —

1  LLC and STARWOOD HOTELS & RESORTS WORLDWIDE, INC., the entity WESTIN
2  BAY HOTEL COMPANY, and the other named entity, WESTIN HOTEL COMPANY, do not
3  exist as of the present time.
4      Therefore, plaintiff needs to amend her complaint to name WESTIN BAY
5  HOTEL REALTY LLC; STARWOOD HOTELS & RESORTS WORLDWIDE, INC; and
6  DOES 1-25, Inclusive, as defendants. Further, plaintiff needs to dismiss the incorrectly named
7  entities WESTIN HOTEL COMPANY and WESTIN BAY HOTEL COMPANY.
8      Plaintiff has prepared a First Amended Complaint naming WESTIN BAY
9  HOTEL REALTY LLC; STARWOOD HOTELS & RESORTS WORLDWIDE, INC; and
10 DOES 1-25, Inclusive, as defendants.
11     Therefore, IT IS HEREBY STIPULATED by and between the parties that
12 Plaintiff may file a First Amended Complaint, a copy of which is attached hereto. Further,
13 Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff CONNIE ARNOLD
14 and defendants WESTIN BAY HOTEL REALTY LLC and STARWOOD HOTELS &
15 RESORTS WORLDWIDE, INC. hereby stipulate to the dismissal, without prejudice, of
16 plaintiff's claims against named defendants WESTIN HOTEL COMPANY and WESTIN BAY
17 HOTEL COMPANY only.

Dated: October 1, 2007

Plaintiff CONNIE ARNOLD

Dated: September 28, 2007

Starwood Hotels & Resorts Worldwide, Inc.

By: _____
Peter Morrow, Senior Vice President

**Westin Bay Hotel Realty LLC,**

By Starwood Checkmate Holdings LLC, its sole member,

By Starwood Hotels & Resorts Worldwide, Inc., its sole member

Dated: September 28, 2007

*/s/ Peter Morrow*

Peter Morrow, Senior Vice President

APPROVED AS TO FORM:

Dated: ~~September~~ October 1, 2007

PAUL L. REIN
JULIE A. OSTIL
LAW OFFICES OF PAUL L. REIN

*/s/ Julie Ostil*

Attorneys for Plaintiff
CONNIE ARNOLD

Dated: September 28, 2007

STACEY L. HERTER
JESSE E.M. RANDOLPH
BRYAN CAVE LLP

*/s/*

Attorneys for Defendants
WESTIN BAY HOTEL REALTY LLC and
STARWOOD HOTELS AND RESORTS
WORLDWIDE, INC.

LAW OFFICES OF
PAUL L. REIN
300 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

C062189

– 3 –

## ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED. The attached First Amended Complaint is ordered to be filed, and plaintiff's claims against WESTIN HOTEL COMPANY and WESTIN BAY HOTEL COMPANY are hereby dismissed without prejudice.

Dated: _____

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614-7328

348833

STIPULATION TO AMEND CAPTION, REPLACE NAMED DEFENDANTS WITH WESTIN BAY HOTEL REALTY LLC, AND DISMISS ACTION AS AGAINST WESTIN HOTEL COMPANY AND WESTIN BAY HOTEL COMPANY