1  PAUL L. REIN, Esq. (SBN 43053)
   JULIE A. OSTIL, Esq. (SBN 215202)
2  LAW OFFICES OF PAUL L. REIN
   200 Lakeside Dr., Suite A
3  Oakland, CA 94612
   (510) 832-5001
4
   Attorneys for Plaintiff:
5  CONNIE ARNOLD

6                 UNITED STATES DISTRICT COURT
7                NORTHERN DISTRICT OF CALIFORNIA

8  CONNIE ARNOLD,                    CASE NO. C07-3279 JCS
9                                    Civil Rights
          Plaintiff,
10
   v.                                STIPULATION FOR DISMISSAL
11                                   WITHOUT PREJUDICE AS TO
                                     DEFENDANTS WESTIN HOTEL
12 WESTIN HOTEL COMPANY;             COMPANY AND WESTIN BAY HOTEL
   WESTIN BAY HOTEL COMPANY;         COMPANY ONLY; STIPULATION FOR
13 and DOES 1-25, Inclusive,         FILING OF FIRST AMENDED
                                     COMPLAINT; PROPOSED ORDER
14        Defendants.                THEREON

15  _____/

16

17       Plaintiff CONNIE ARNOLD filed her Complaint on June 22, 2007, naming as

18  defendants WESTIN HOTEL COMPANY, WESTIN BAY HOTEL COMPANY; and DOES 1

19  through 25, Inclusive, based on information obtained from public records and Westlaw

20  databases. Defendant WESTIN BAY HOTEL REALTY LLC filed an answer to the complaint,

21  claiming it was a proper defendant and that the two named defendants had been erroneously

22  named in the suit.

23       Through communication with counsel for WESTIN BAY HOTEL REALTY

24  LLC, plaintiff found that WESTIN BAY HOTEL REALTY LLC is the current owner of the

25  subject property, and that STARWOOD HOTELS & RESORTS WORLDWIDE, INC. is the

26  current operator of the premises, and was operator at the time of plaintiff's incident(s) in 2005.

27  The owner of the hotel at the time of the incident(s) in 2005 was WESTIN BAY HOTEL

28  COMPANY, but to the best of the knowledge and belief of WESTIN BAY HOTEL REALTY

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

C062189

— 1 —

LLC and STARWOOD HOTELS & RESORTS WORLDWIDE, INC., the entity WESTIN BAY HOTEL COMPANY, and the other named entity, WESTIN HOTEL COMPANY, do not exist as of the present time.

Therefore, plaintiff needs to amend her complaint to name WESTIN BAY HOTEL REALTY LLC; STARWOOD HOTELS & RESORTS WORLDWIDE, INC; and DOES 1-25, Inclusive, as defendants. Further, plaintiff needs to dismiss the incorrectly named entities WESTIN HOTEL COMPANY and WESTIN BAY HOTEL COMPANY.

Plaintiff has prepared a First Amended Complaint naming WESTIN BAY HOTEL REALTY LLC; STARWOOD HOTELS & RESORTS WORLDWIDE, INC; and DOES 1-25, Inclusive, as defendants.

Therefore, IT IS HEREBY STIPULATED by and between the parties that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto. Further, Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff CONNIE ARNOLD and defendants WESTIN BAY HOTEL REALTY LLC and STARWOOD HOTELS & RESORTS WORLDWIDE, INC. hereby stipulate to the dismissal, without prejudice, of plaintiff's claims against named defendants WESTIN HOTEL COMPANY and WESTIN BAY HOTEL COMPANY only.

Dated: September ___, 2007

_____
Plaintiff CONNIE ARNOLD

Dated: September 28, 2007

**Starwood Hotels & Resorts Worldwide, Inc.**

By: _/s/ P.M._____
Peter Morrow, Senior Vice President

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

C062189

— 2 —

1  LLC and STARWOOD HOTELS & RESORTS WORLDWIDE, INC., the entity WESTIN
2  BAY HOTEL COMPANY, and the other named entity, WESTIN HOTEL COMPANY, do not
3  exist as of the present time.
4      Therefore, plaintiff needs to amend her complaint to name WESTIN BAY
5  HOTEL REALTY LLC; STARWOOD HOTELS & RESORTS WORLDWIDE, INC; and
6  DOES 1-25, Inclusive, as defendants. Further, plaintiff needs to dismiss the incorrectly named
7  entities WESTIN HOTEL COMPANY and WESTIN BAY HOTEL COMPANY.
8      Plaintiff has prepared a First Amended Complaint naming WESTIN BAY
9  HOTEL REALTY LLC; STARWOOD HOTELS & RESORTS WORLDWIDE, INC; and
10 DOES 1-25, Inclusive, as defendants.
11     Therefore, IT IS HEREBY STIPULATED by and between the parties that
12 Plaintiff may file a First Amended Complaint, a copy of which is attached hereto. Further,
13 Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff CONNIE ARNOLD
14 and defendants WESTIN BAY HOTEL REALTY LLC and STARWOOD HOTELS &
15 RESORTS WORLDWIDE, INC. hereby stipulate to the dismissal, without prejudice, of
16 plaintiff's claims against named defendants WESTIN HOTEL COMPANY and WESTIN BAY
17 HOTEL COMPANY only.

Dated: ~~September~~ October 1, 2007

Plaintiff CONNIE ARNOLD

Dated: September 28, 2007

Starwood Hotels & Resorts Worldwide, Inc.

By: _____
Peter Morrow, Senior Vice President

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3501
(510) 832-5001

— 2 —

1
2
3  **Westin Bay Hotel Realty LLC,**

4  By Starwood Checkmate Holdings LLC, its sole member,

5
6  By Starwood Hotels & Resorts Worldwide, Inc., its sole member

7  Dated: September 28, 2007

8  _____
9  Peter Morrow, Senior Vice President

10
11  APPROVED AS TO FORM:
12  Dated: ~~September~~ October 1, 2007

13  PAUL L. REIN
    JULIE A. OSTIL
    LAW OFFICES OF PAUL L. REIN

14
15  _____
    Attorneys for Plaintiff
16  CONNIE ARNOLD

17  Dated: September 28, 2007

18  STACEY L. HERTER
    JESSE E.M. RANDOLPH
19  BRYAN CAVE LLP

20  _____
    Attorneys for Defendants
    WESTIN BAY HOTEL REALTY LLC and
21  STARWOOD HOTELS AND RESORTS
    WORLDWIDE, INC.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

C062189

− 3 −

## ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED. The attached First Amended Complaint is ordered to be filed, and plaintiff's claims against WESTIN HOTEL COMPANY and WESTIN BAY HOTEL COMPANY are hereby dismissed without prejudice.

Dated: 10/02/07

HON. J[  ]
U.S. M[  ]

*Judge Joseph C. Spero*

348833

STIPULATION TO AMEND CAPTION, REPLACE NAMED DEFENDANTS WITH WESTIN BAY HOTEL REALTY LLC, AND DISMISS ACTION AS AGAINST WESTIN HOTEL COMPANY AND WESTIN BAY HOTEL COMPANY