UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONNIE ARNOLD,

                Plaintiff(s),

    v.

WESTIN BAY HOTEL REALTY LLC;
STARWOOD HOTELS & RESORTS
WORLDWIDE, INC; and DOES 1-25,
Inclusive

                Defendant(s).  /

CASE NO. C07-3279 JCS

NOTICE OF NEED FOR MEDIATION
(ADA ACCESS CASES)

    Plaintiff reports that the joint site inspection occurred on    October 10, 2007 .
Although 45 days have passed, the parties have not reached an agreement. In accordance with General Order No. 56, the matter should be set for mediation.

Dated: December 4, 2007

                                                  /s/ Julie Ostil
                                                  Attorney for Plaintiff

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for Mediation."