# UNITED STATES DISTRICT COURT

### Northern District of California

| Arnold, | 07-03279 JCS MED |
|---|---|
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Westin Hotel Company, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Linda McSweyn**
Law & Mediation Offices of Linda McSweyn
582 Market St., Suite 301
San Francisco, CA 94104
415-956-3440

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03279 JCS MED                                - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.
3
4  Dated: December 27, 2007
5
RICHARD W. WIEKING
Clerk
6
by:    Claudia M. Forehand
7
8
ADR Case Administrator
415-522-2059
9
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-03279 JCS MED                - 2 -