Stacey L. Herter, California Bar No. 185366
Jesse E.M. Randolph, California Bar No. 221060
**BRYAN CAVE LLP**
1900 Main Street, Suite 700
Irvine, California 92614-7328
Telephone:   (949) 223-7000
Facsimile:   (949) 223-7100
stacey.herter@bryancave.com
jesse.randolph@bryancave.com

Attorneys For Defendants
WESTIN BAY HOTEL REALTY LLC and
STARWOOD HOTELS & RESORTS
WORLDWIDE, INC.

Paul L. Rein, California Bar No. 43053
Julie A. Ostil, California Bar No. 215202
**LAW OFFICES OF PAUL L. REIN**
200 Lakeside Drive, Suite A
Oakland, California  94612
Telephone:   (510) 832-5001
Facsimile:   (510) 823-4787

Attorneys for Plaintiff
CONNIE ARNOLD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD,<br><br>              Plaintiff,<br><br>vs.<br><br>WESTIN BAY HOTEL REALTY LLC;<br>STARWOOD HOTELS & RESORTS<br>WORLDWIDE, INC.; and DOES 1-25,<br>Inclusive,<br><br>              Defendants. | Case No. C07-03279 JCS<br><br>**STIPULATION TO EXTEND<br>MEDIATION COMPLETION<br>DEADLINE** |

///

///

///

360995

1     This Stipulation between Plaintiff Connie Arnold ("Plaintiff"), on the one hand, and Westin Bay Hotel Realty LLC and Starwood Hotels & Resorts Worldwide, Inc. (collectively, "Defendants"), on the other hand, is based on the following:

    1.    This action alleges the denial of rights of access protected by Title III of the Americans with Disabilities Act, 42 U.S.C. §§ 12181-12189, and therefore is governed by this Court's General Order No. 56.

    2.    On December 4, 2007, and pursuant to General Order No. 56, Plaintiff filed a Notice of Need for Mediation. This action subsequently was referred to mediation in an Order by this Court dated December 12, 2007.

    3.    This Court's Local Rules for Alternative Dispute Resolution provide: "<u>Unless otherwise ordered</u>, the mediation must be held within 90 days after the entry of the order referring the case to mediation." ADR L.R. 6-4(b) (emphasis added). Thus, the parties' current deadline to participate in a mediation is Tuesday, March 11, 2008.

    4.    Through a series of informal telephone discussions facilitated by the Court's appointed mediator, Linda McSweyn, Esq., the parties have made substantial progress in their efforts to resolve this dispute. The parties believe that further progress is likely to be made through additional informal efforts, but that a final and complete resolution of this action likely will not be achieved before the current March 11 mediation completion deadline.

    5.    In light of the progress that has already been made through informal settlement discussions, and in light of the costs that would be associated with having to participate in a formal mediation by March 11th (including, but not limited to, the substantial travel costs Defendant's counsel and client representatives would have to incur in order to attend a mediation in the San Francisco Bay Area), the parties request that their mediation completion deadline be extended by sixty (60) days, to Friday, May 9, 2008, so that they are given sufficient time to continue with their efforts to resolve this matter short of a formal mediation.

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614-7328

6. The parties' proposal is consistent with both General Order No. 56 and the Court's Local Rules for Alternative Dispute Resolution, since it would allow the parties to further direct their energies toward a facilitative resolution of this action.

Dated: February 14, 2008

**BRYAN CAVE LLP**
Stacey L. Herter
Jesse E.M. Randolph

By: _____/s/ Stacey L. Herter_____
Attorneys for Defendants WESTIN BAY HOTEL REALTY LLC and STARWOOD HOTELS & RESORTS WORLDWIDE, INC.

Dated: February 14, 2008

**LAW OFFICES OF PAUL L. REIN**
Paul L. Rein
Julie A. Ostil

By: _____/s/ Julie A. Ostil_____

Attorneys for Plaintiff CONNIE ARNOLD

## **ORDER**

Having read the foregoing Stipulation of the parties, and good cause appearing therefor, **IT IS SO ORDERED.**

Dated: _____

_____
Hon. Joseph C. Spero
United States Magistrate Judge