1  Stacey L. Herter, California Bar No. 185366
   Jesse E.M. Randolph, California Bar No. 221060
2  **BRYAN CAVE LLP**
   1900 Main Street, Suite 700
3  Irvine, California 92614-7328
   Telephone:    (949) 223-7000
4  Facsimile:    (949) 223-7100
   stacey.herter@bryancave.com
5  jesse.randolph@bryancave.com

6  Attorneys For Defendants
   WESTIN BAY HOTEL REALTY LLC and
7  STARWOOD HOTELS & RESORTS
   WORLDWIDE, INC.
8
   Paul L. Rein, California Bar No. 43053
9  Julie A. Ostil, California Bar No. 215202
   **LAW OFFICES OF PAUL L. REIN**
10 200 Lakeside Drive, Suite A
   Oakland, California  94612
11 Telephone:    (510) 832-5001
   Facsimile:    (510) 823-4787
12
   Attorneys for Plaintiff
13 CONNIE ARNOLD

14

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17

18

19 CONNIE ARNOLD,                         Case No. C07-03279 JCS

20         Plaintiff,

21 vs.

22 WESTIN BAY HOTEL REALTY LLC;           **STIPULATION TO EXTEND**
   STARWOOD HOTELS & RESORTS              **MEDIATION COMPLETION**
23 WORLDWIDE, INC.; and DOES 1-25,        **DEADLINE**
   Inclusive,
24
           Defendants.
25

26 ///

27 ///

28 ///

360995

1  This Stipulation between Plaintiff Connie Arnold ("Plaintiff"), on the one hand, and
2  Westin Bay Hotel Realty LLC and Starwood Hotels & Resorts Worldwide, Inc.
3  (collectively, "Defendants"), on the other hand, is based on the following:

4  1.  This action alleges the denial of rights of access protected by Title III of the
5  Americans with Disabilities Act, 42 U.S.C. §§ 12181-12189, and therefore is governed by
6  this Court's General Order No. 56.

7  2.  On December 4, 2007, and pursuant to General Order No. 56, Plaintiff filed
8  a Notice of Need for Mediation.  This action subsequently was referred to mediation in an
9  Order by this Court dated December 12, 2007.

10  3.  This Court's Local Rules for Alternative Dispute Resolution provide:
11  "<u>Unless otherwise ordered</u>, the mediation must be held within 90 days after the entry of the
12  order referring the case to mediation."  ADR L.R. 6-4(b) (emphasis added).  Thus, the
13  parties' current deadline to participate in a mediation is Tuesday, March 11, 2008.

14  4.  Through a series of informal telephone discussions facilitated by the Court's
15  appointed mediator, Linda McSweyn, Esq., the parties have made substantial progress in
16  their efforts to resolve this dispute.  The parties believe that further progress is likely to be
17  made through additional informal efforts, but that a final and complete resolution of this
18  action likely will not be achieved before the current March 11 mediation completion
19  deadline.

20  5.  In light of the progress that has already been made through informal
21  settlement discussions, and in light of the costs that would be associated with having to
22  participate in a formal mediation by March 11th (including, but not limited to, the
23  substantial travel costs Defendant's counsel and client representatives would have to incur
24  in order to attend a mediation in the San Francisco Bay Area), the parties request that their
25  mediation completion deadline be extended by sixty (60) days, to Friday, May 9, 2008, so
26  that they are given sufficient time to continue with their efforts to resolve this matter short
27  of a formal mediation.
28

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614-7328

360995

2

STIPULATION TO EXTEND MEDIATION
COMPLETION DEADLINE
Case No. C07-03279 JCS

6. The parties' proposal is consistent with both General Order No. 56 and the Court's Local Rules for Alternative Dispute Resolution, since it would allow the parties to further direct their energies toward a facilitative resolution of this action.

Dated: February 14, 2008

**BRYAN CAVE LLP**
Stacey L. Herter
Jesse E.M. Randolph

By: /s/ Stacey L. Herter
Attorneys for Defendants WESTIN BAY HOTEL REALTY LLC and STARWOOD HOTELS & RESORTS WORLDWIDE, INC.

Dated: February 14, 2008

**LAW OFFICES OF PAUL L. REIN**
Paul L. Rein
Julie A. Ostil

By: /s/ Julie A. Ostil

Attorneys for Plaintiff CONNIE ARNOLD

### ORDER

Having read the foregoing Stipulation of the parties, and good cause appearing therefor, **IT IS SO ORDERED.**

Dated: Feb. 15, 2008

Hon. Jo[seph C. Spero]
United [States Magistrate] Judge

*Judge Joseph C. Spero*

360995

STIPULATION TO EXTEND MEDIATION
COMPLETION DEADLINE
Case No. C07-03279 JCS