PAUL L. REIN, Esq. (SBN 43053)
JULIE A. OSTIL, Esq. (SBN 215202)
ANN WINTERMAN, Esq. (SBN 222257)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
Tel: (510) 832-5001
Fax: (510) 832-4787

Attorneys for Plaintiff:
CONNIE ARNOLD

STACEY L. HERTER, Esq. (SBN 185366)
BRYAN CAVE LLP
1900 Main Street, Suite 700
Irvine, California 92614-7328
Tel:   (949) 223-7000
Fax:   (949) 223-7100

Attorneys for Defendants:
WESTIN BAY HOTEL REALTY LLC, and
STARWOOD HOTELS & RESORTS WORLDWIDE, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD,<br><br>    Plaintiff,<br><br>v.<br><br>WESTIN BAY HOTEL REALTY LLC;<br>STARWOOD HOTELS & RESORTS<br>WORLDWIDE, INC.; and DOES 1-25,<br>Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. C07-3279 JCS<br>Civil Rights<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION COMPLETION DEADLINE** |

　　　　Plaintiff CONNIE ARNOLD and defendants WESTIN BAY HOTEL REALTY LLC and STARWOOD HOTELS & RESORTS WORLDWIDE, INC. hereby jointly stipulate and request through their attorneys of record that the Court continue the current mediation deadline to allow settlement discussions and mediation to occur through July 31, 2008.

　　　　Good cause exists for the extension:

　　　　1.　　Since February 15, 2008 when this Court ordered an extension of the mediation

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

1

C062189/0211654/1479454.1

1  completion deadline by 60 days, from March 11, 2008 to May 9, 2008, the parties have engaged
2  in extensive and complex injunctive relief negotiations for this large hotel.

3      2.    The parties have diligently followed General Order 56: the parties held a
4  cooperative site inspection of the Westin Hotel, plaintiff has shared her access consultant's report
5  regarding injunctive relief, and the parties have engaged in several extensive telephone
6  conferences regarding settlement both with and without mediator Linda McSweyn.

7      3.    Although the parties have been proceeding in good faith and in a diligent manner,
8  it has not been possible yet to resolve all the injunctive relief issues because of the complexity of
9  the injunctive relief sought and the large size of the hotel.

10     4.    To avoid even the appearance of a conflict of interest between plaintiff and the
11 public interest, or her counsel, it is the policy of plaintiff's counsel not to discuss monetary
12 damages and attorney fees in settlement negotiations before injunctive relief is finalized among
13 the parties. Plaintiff's counsel believes this approach is also required by General Order 56.

14     5.    Accordingly, as an agreement on remediation has not yet been finalized, it would
15 be premature to request defendants' principals, including a legal department representative who
16 has settlement authority as to monetary relief and who resides on the East Coast, to travel for a
17 mediation that might not include monetary settlement discussions and could require a further
18 mediation.

19     6.    The parties are in agreement and have advised the mediator, Linda McSweyn, that
20 in order to continue meaningful settlement discussions, the mediation deadline should be
21 extended.

22     7.    The parties believe that this extension will make settlement much more likely; if
23 the parties were required to hold mediation now, settlement would not be possible and the
24 resulting increase in attorney fees and costs would make it less likely that the case would settle.

25     8.    Therefore, the parties request that they be given through July 31, 2008, to continue
26 negotiating toward settlement with the assistance of mediator Linda McSweyn in an attempt to
27 resolve this case in its entirety. If the parties are unable to settle the case by mid July 2008, but all
28 parties and the mediator feel that further mediation sessions would be productive, the parties will

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

C062189/0211654/1479454.1

1  submit a further stipulation to extend the mediation deadline again.

3  Dated: April 16, 2008                    PAUL L. REIN
                                            JULIE A. OSTIL

                                            LAW OFFICES OF PAUL L. REIN

                                            /s/ Julie Ostil_____
                                            Attorneys for Plaintiff
                                            CONNIE ARNOLD

9  Dated: April 14, 2007                    STACEY L. HERTER, Esq.

                                            BRYAN CAVE LLP

                                            /s/___Stacey Herter_____
                                            Attorneys for Defendant
                                            WESTIN BAY HOTEL REALTY LLC, and
                                            STARWOOD HOTELS & RESORTS
                                            WORLDWIDE, INC.

## ORDER

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that the parties may have through July 31, 2008 in order to conduct mediation in this case. If the parties have not settled the case by that time, but both parties and the mediator feel that further mediation sessions may be productive, the parties will submit a further stipulation to extend the mediation deadline.

Dated: __April 18, 2008__

_____
HON. JO[SEPH C. SPERO]
U.S. DIS[TRICT JUDGE]

*Judge Joseph C. Spero — United States District Court, Northern District of California (seal)*

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

C062189/0211654/1479454.1