1  Stacey L. Herter, California Bar No. 185366
   Jesse E.M. Randolph, California Bar No. 221060
2  **BRYAN CAVE LLP**
   1900 Main Street, Suite 700
3  Irvine, California 92614-7328
   Telephone:   (949) 223-7000
4  Facsimile:   (949) 223-7100
   stacey.herter@bryancave.com
5  jesse.randolph@bryancave.com

6  Attorneys for Defendants
   WESTIN BAY HOTEL REALTY LLC and
7  STARWOOD HOTELS & RESORTS
   WORLDWIDE, INC.

8

9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD,<br><br>    Plaintiff,<br><br>vs.<br><br>WESTIN BAY HOTEL REALTY LLC;<br>STARWOOD HOTELS & RESORTS<br>WORLDWIDE, INC.; and DOES 1-25,<br>Inclusive,<br><br>    Defendants. | Case No. C07-03279 JCS<br><br>[PROPOSED] ORDER EXCUSING IN-PERSON ATTENDANCE OF JAMIE E. BALANOFF, ESQ. AT MEDIATION SCHEDULED FOR JULY 29, 2008 |

///
///
///
///
///
///
///
///

371719

The Court has received a letter from counsel for Defendants Westin Bay Hotel Realty LLC and Starwood Hotels & Resorts Worldwide, Inc. (collectively, "Defendants"), requesting that Defendants' out-of-state corporate representative, Jamie E. Balanoff, Esq., be excused from attending the second session of the parties' mediation, scheduled for July 29, 2008, in person. Neither Plaintiff Connie Arnold nor her attorneys oppose this request.

The Court, having reviewed counsel's letter, being satisfied with Defendants' reasons for making this request, and good cause appearing therefor, **ORDERS** as follows:

1. Defendants' out-of-state corporate representative, Jamie E. Balanoff, Esq., is excused from attending the July 29, 2008 mediation in person.

2. Ms. Balanoff must make herself available by telephone for the mediation on July 29, 2008, so that she may, if necessary, provide settlement authority and/or approve any possible settlement.

**IT IS SO ORDERED.**

Dated: 7-17-08

Hon. Wayne D. Brazil
United States Magistrate Judge

371719

2

[PROPOSED] ORDER EXCUSING
IN-PERSON ATTENDANCE AT MEDIATION
Case No. C07-03279 JCS