Stacey L. Herter, California Bar No. 185366
Jesse E.M. Randolph, California Bar No. 221060
**BRYAN CAVE LLP**
1900 Main Street, Suite 700
Irvine, California  92614-7328
Telephone:     (949) 223-7000
Facsimile:     (949) 223-7100
stacey.herter@bryancave.com
jesse.randolph@bryancave.com

Attorneys for Defendant
WESTIN BAY HOTEL REALTY LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD, | Case No. C07-03279 JCS |
| Plaintiff, | Magistrate Judge Joseph C. Spero<br>Courtroom A, 15th Floor |
| vs. | |
| WESTIN HOTEL COMPANY; WESTIN BAY HOTEL COMPANY and DOES 1-25, Inclusive, | **NOTICE OF CHANGE OF ADDRESS** |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective August 1, 2008, the address of Bryan Cave LLP,

attorneys of record for Defendant Westin Bay Hotel Realty LLC, will change to 3161 Michelson

Drive, Suite 1500, Irvine, California 92612.  The telephone number will remain (949) 223-7000,

and the fax number will remain (949) 223-7100.

Dated:  July 24, 2008

Stacey L. Herter
Jesse E.M. Randolph
**BRYAN CAVE LLP**

By:  /s/ Stacey L. Herter
　　　　Stacey L. Herter
Attorneys for Defendant
WESTIN BAY HOTEL REALTY LLC

NOTICE OF CHANGE OF ADDRESS

BRYAN CAVE LLP
1900 MAIN STREET, SUITE 700
IRVINE, CALIFORNIA 92614-7328