# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Arnold,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>Westin Hotel Company,<br><br>　　　　　Defendant(s). | No. C 07-03279 JCS MED<br><br>**Certification of ADR Session** |

*Instructions:* **The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.**

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) 6/24 and 7/29/08

2. Did the case settle?　　☒ fully　　☐ partially　　☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**　　☒ YES　　☐ NO

Dated: 7/31/08

_____
**Mediator, Linda McSweyn**
Law & Mediation Offices of Linda McSweyn
582 Market St., Suite 301
San Francisco, CA 94104

**Certification of ADR Session**
07-03279 JCS MED