PAUL L. REIN, Esq. (SBN 43053)
JULIE OSTIL, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

Attorneys for Plaintiff
CONNIE ARNOLD

STACEY L. HERTER, Esq. (SBN 185366)
JESSE E.M. RANDOLPH, Esq. (SBN 221060)
BRYAN CAVE LLP
1900 Main Street, Suite 700
Irvine, California 92614-7328
Tel:  (949) 223-7000
Fax:  (949) 223-7100

Attorneys for Defendants
WESTIN BAY HOTEL REALTY LLC, and
STARWOOD HOTELS & RESORTS WORLDWIDE, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD,<br><br>Plaintiffs,<br><br>v.<br><br>WESTIN BAY HOTEL REALTY LLC;<br>STARWOOD HOTELS & RESORTS<br>WORLDWIDE, INC.; and DOES 1-10,<br>inclusive,<br><br>Defendants. | CASE NO. C:07-3279 JCS<br>Civil Rights<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL |

IT IS HEREBY STIPULATED BY ALL PARTIES THROUGH THEIR COUNSEL OF RECORD AS FOLLOWS:

1. The parties have reached a settlement as to all of plaintiff's claims for injunctive relief, damages, attorney fees, litigation expenses and costs. The agreement as to injunctive relief has been memorialized in a separate Consent Decree and Order which was entered by the Court on August 18, 2008.

2. The agreement on damages, attorney fees, litigation expenses and costs is the

LAW OFFICES OF
PAUL L. REIN
00 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and [Proposed] Order for
Dismissal: Case No. C07-3279 JCS

— 1 —

subject of a separate Settlement Agreement and Release.

3. The payment of damages and attorney fees, litigation expenses and costs has been made by defendants, and by the terms of the Consent Decree and Order, the Court has retained continuing jurisdiction to enforce the injunctive relief terms.

4. The parties therefore agree that, subject to the court's continuing jurisdiction under the Consent Decree and Order, the action shall be dismissed with prejudice.

Dated: September 11, 2008

PAUL L. REIN
JULIE A. OSTIL
LAW OFFICES OF PAUL L. REIN

*/s/ Julie Ostil*

Attorneys for Plaintiff
CONNIE ARNOLD

Dated: September __, 2008

STACEY L. HERTER
JESSE E.M. RANDOLPH
BRYAN CAVE LLP

Attorneys for Defendants
WESTIN BAY HOTEL REALTY LLC;
STARWOOD HOTELS & RESORTS
WORLDWIDE, INC.

## ORDER

Pursuant to stipulation, and for good cause shown, **IT IS SO ORDERED**. The Court will retain jurisdiction to enforce the Consent Decree and Order, and the action is hereby dismissed with prejudice.

Dated: September 15, 2008

HON. JOSEPH C. SPERO
U.S. MAGISTRATE JUDGE

*IT IS SO ORDERED — Judge Joseph C. Spero, United States District Court, Northern District of California*

LAW OFFICES OF
PAUL L. REIN
00 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and [Proposed] Order for
Dismissal: Case No. C07-3279 JCS

-2-

subject of a separate Settlement Agreement and Release.

3. The payment of damages and attorney fees, litigation expenses and costs has been made by defendants, and by the terms of the Consent Decree and Order, the Court has retained continuing jurisdiction to enforce the injunctive relief terms.

4. The parties therefore agree that, subject to the court's continuing jurisdiction under the Consent Decree and Order, the action shall be dismissed with prejudice.

Dated: September __, 2008

PAUL L. REIN
JULIE A. OSTIL
LAW OFFICES OF PAUL L. REIN

_____
Attorneys for Plaintiff
CONNIE ARNOLD

Dated: September 10, 2008

STACEY L. HERTER
JESSE E.M. RANDOLPH
BRYAN CAVE LLP

_____
Attorneys for Defendants
WESTIN BAY HOTEL REALTY LLC;
STARWOOD HOTELS & RESORTS
WORLDWIDE, INC.

### ORDER

Pursuant to stipulation, and for good cause shown, **IT IS SO ORDERED.** The Court will retain jurisdiction to enforce the Consent Decree and Order, and the action is hereby dismissed with prejudice.

Dated:_____

_____
HON. JOSEPH C. SPERO
U.S. MAGISTRATE JUDGE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and [Proposed] Order for
Dismissal: Case No. C07-3279 JCS

— 2 —